Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **THOMAS LEE TAYLOR,** | Civil No. 6:18-cv-02210-JR |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $13,395.25 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff any Equal Access to Justice ("EAJA") fees

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) - 1

received by counsel, awarded in the amount of $12,258.98, for a net §406(b) cost to Plaintiff herein of $1,136.27 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order. There are no other costs.

IT IS SO ORDERED this day of June 15, 2021

_Jolie A. Russo_
U.S. ~~District Judge~~/Magistrate Judge

PRESENTED BY:

By:   /s/ LUKE MOEN-JOHNSON
      Luke Moen-Johnson, OSB #185632
      Of Drew L. Johnson, P.C.
      Attorneys for Plaintiff